Victor B. WHITE, Plaintiff—Appellant,

v.

FNU SMEREKA; FNU Taylor; City of Charlotte, North Carolina; FNU Macrae, Defendants—Appellees,

and

FNU Sergeant; FNU Smith; FNU Paulk; FNU Childs; FNU Timmer, Defendants.

No. 10–2052.

United States Court of Appeals, Fourth Circuit.

Submitted: Jan. 28, 2011.

Decided: Feb. 10, 2011.

Victor B. White, Appellant Pro Se. Robert Dennis McDonnell, Charlotte, North Carolina; David John Adinolfi, II, Special Deputy Attorney General, Raleigh, North Carolina; Sean Francis Perrin, Womble Carlyle Sandridge & Rice, PLLC, Charlotte, North Carolina, for Appellees.

Before GREGORY and AGEE, Circuit Judges, and HAMILTON, Senior Circuit Judge.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Victor B. White appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2006) complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *White v. Smereka*, No. 3:09–cv–00257–FDW–DCK, 2010 WL 2465552 (W.D.N.C. June 14, 2010) & (Aug. 17, 2010). Further, we deny the City of Charlotte, North Carolina's motion to dismiss, because we find that White's notice of appeal was timely filed. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*